LAUBENTHAL, APPELLEE, *v.* MIDWESTERN INDEMNITY COMPANY, APPELLEE; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLANT.

[Cite as *Laubenthal v. Midwestern Indemn. Co.* (1998), 83 Ohio St.3d 429.]

(Nos. 98–1123 and 98–1142—Submitted August 19, 1998—Decided October 28, 1998.)

---

*Robison, Curphey & O'Connell* and *Edwin A. Coy,* for appellee Midwestern Indemnity Company.

*Manahan, Pietrykowski, Bamman & Delaney* and *Stephen F. Ahern,* for appellant.

---

The discretionary appeal in case No. 98–1123 is allowed.

The certified conflict in case No. 98–1142 is allowed.

Case Nos. 98–1123 and 98–1142 are consolidated by this court.

The judgment of the court of appeals is affirmed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.